SIMPSON *v.* SIMPSON.

RUSSELL, C. J. The petition as amended failed to state a cause of action, and the court erred in refusing to sustain the general demurrer. All further proceedings were nugatory.

*Judgment reversed. All the Justices concur.*

No. 10212. OCTOBER 11, 1934.

*E. C. Brannon* and *Oliver & Oliver,* for plaintiff in error.
*G. F. Kelley,* contra.